UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CERVANTES ORCHARDS & VINEYARDS, LLC, a Washington limited liability corporation; CERVANTES NURSERIES, LLC, a Washington limited liability corporation; CERVANTES PACKING & STORAGE, LLC, a Washington limited liability corporation; MANCHEGO REAL, LLC, a Washington limited liability corporation; CERVANTES SALES, LLC, a Washington limited liability corporation; JOSE G. CERVANTES; individually and on behalf of his community property marital estate; CYNTHIA C. CERVANTES, individually and on behalf of her community property marital estate, <br><br>                     Plaintiffs, <br><br>     v. <br><br> SINGH FARMS, LLC, a Washington limited liability corporation; FRESH PACK OKANAGAN FRUIT, LTD; a foreign corporation; CHAUHAN FARM, a foreign corporation; PREET ENTERPRISES, a foreign corporation; SAINI INTERNATIONAL FRUIT CO., a foreign corporation; KAM CHAUHAN; SONNY CHAUHAN; and DAVID CHAUHAN, <br><br>                     Defendants. | NO:   1:15-CV-3105-RMP <br><br> ORDER DISMISSING WITHOUT PREJUDICE |

ORDER DISMISSING WITHOUT PREJUDICE ~ 1

1    **BEFORE** the Court are Plaintiffs' Certificates of Service, ECF Nos. 20, 21,
2    22, 23, 24, 25, 26, 27, and 28.  The Court finds that none of the defendants has
3    entered a notice of appearance in this case, and having reviewed the Certificates
4    and the file and pleadings, the Court finds that there is insufficient evidence to
5    conclude that service has been properly executed pursuant to Fed. R. Civ. P. 4(m).
6    Therefore, the Court finds good cause to dismiss this case.

7    Accordingly, **IT IS HEREBY ORDERED** that this case is **dismissed**
8    **without prejudice and without costs to any party**.

9    The District Court Clerk is directed to enter this Order, provide copies to
10   counsel, and **close this case**.

11   **DATED** this 17th day of March 2017.

                                    *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    United States District Judge